IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02836-JLK-MJW

MARC SEARS,

Plaintiff(s),

v.

CITY OF AURORA, a Colorado municipality, and
DAN OATES, individually and in his official capacity as Chief of Police,

Defendant(s).

---

## ORDER SETTING EARLY NEUTRAL EVALUATION

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

        Pursuant to the Minute Order issued by Judge John L. Kane (Docket No. 25), it is hereby

        **ORDERED** that an Early Neutral Evaluation is set before Magistrate Judge Watanabe on October 29, 2013, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  Counsel and parties shall be present in person, as well as an adjustor if an insurance company is involved.

        It is further **ORDERED**, that the each of the parties shall prepare and submit an Early Neutral Evaluation Statement to chambers with *a subject line "Early Neutral Evaluation Statement," the CASE NUMBER, and the DATE OF THE EARLY NEUTRAL EVALUATION* to:  Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the Early Neutral Evaluation date.  The Early Neutral Evaluation Statement should be in PDF format and sent as an *attachment* to the e-mail. Statements containing more than 15 pages *should also be submitted to chambers on paper* (hard copy), with the envelope addressed to "Magistrate Judge Watanabe Chambers, Personal and Confidential."

Date: September 6, 2013